UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Case No. 07 CIV 9548

JUDGE KOELTL

Estate of Alexander R. Piper III and Martha Piper,
Individually,

                Plaintiff

V.

Rule 7.1 Statement



Metropolitan Insurance and Annuity Company;
and Metropolitan Life,

                Defendant
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Plaintiff_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.  None Corporate

Date: 10/24/07

Signature of Attorney

Attorney Bar Code: SP2497