UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
ESTATE OF ALEXANDER R. PIPER III
AND MARTHA PIPER, INDIVIDUALLY,

             Plaintiff,          Case No.07 CV 9548 (JGK)

     - against -

                      **AFFIDAVIT OF SERVICE**

METROPOLITAN INSURANCE AND
ANNUITY COMPANY AND METROPOLITAN
LIFE,

             Defendants.
- - - - - - - - - - - - - - - - X
STATE OF NEW YORK  }
                 } ss.:
COUNTY OF NEW YORK  }

     IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18

years; is not a party to this action and resides within the State of New York. That at 10:22 a.m.

on October 29, 2007, he served the within SUMMONS & COMPLAINT and JURY DEMANDS

with the assigned Judges' individual rules and electronic case filing documents upon a Ms. Nora

Dindyal, a Process Specialist for CT Corporation System which is the Registered Agent for

Metropolitan Life., at the following address:

             CT Corporation System
             111 Eighth Avenue, 13FL
             New York, NY 10011

The service copy of the SUMMONS & COMPLAINT AND JURY DEMANDS with the assigned

Judges' individual rules and electronic case filing documents was received by a Ms. Nora

Dindyal, who was authorized to accept service on behalf of CT Corporation System the Registered

Agent for Metropolitan Life. Ms. Dindyal is a female of Indian decent, and has brown eyes with

glasses and black hair. She is approximately 5 feet 5 inches tall and weighs approximately 130

pounds. Ms. Dindyal is approximately 40 years of age.

                                 _____
                                 IDRIS MAHMOUD
                                 LIC# 1151131

Sworn to before me this
29th day of October, 2007

_____
    NOTARY PUBLIC

JACQUELYN E. FORD
Notary Public, State of New York
No. 01FO4851616
Qualified in Orange County
Commission Expires February 3, 20__