STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

Estate of Alexander R. Piper, III and
Martha Piper, Individually

        Plaintiff(s)

against

Metropolitan Insurance and Annuity Company     Defendant(s)

07 CIV 9648 (JGK)

RE: Metropolitan Tower Life Insurance Company formerly known as Metropolitan Insurance and Annuity Company

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs:
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on November 1, 2007 at Albany, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

    Neal Brickman, Law Offices
    Attorney at Law
    317 Madison Avenue, 21st Floor
    New York, New York 10017

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

    CT Corporation System
    Metropolitan Tower Life Insurance Company
    111 Eighth Avenue
    New York, New York 10011

*[signature]*

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, November 01, 2007
422583    C.A.#188014