UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of Alexander R. Piper III and Martha Piper, Individually,<br><br>       Plaintiff(s),<br><br> -against-<br><br>Metropolitan Insurance & Annuity Company and Metropolitan Life,<br><br>       Defendant(s). | 07 Civ. 9548 (LTS)<br><br>NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

 Please enter my appearance as Lead Attorney in this case for defendant, Metropolitan Tower Life Insurance Company, erroneously named otherwise in the caption.

 I certify that I am admitted to practice in this Court.

December 13, 2007    Respectfully submitted,

          METROPOLITAN TOWER LIFE INSURANCE COMPANY

          By: /S/ ALVIN PASTERNAK
           Alvin Pasternak (AP-5085)
           Tomasita Sherer, of Counsel (TH-6072)
           One MetLife Plaza
           27-01 Queens Plaza North
           Long Island City, NY 11101
           (212) 578-3102 (Tel)
           (212) 743-0668 (Fax)