UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of Alexander R. Piper III and Martha Piper, Individually, | 07 Civ. 9548 (LTS) |
| Plaintiff(s), | NOTICE OF APPEARANCE |
| -against- | |
| Metropolitan Insurance & Annuity Company and Metropolitan Life, | |
| Defendant(s). | |

To the Clerk of this Court and all parties of record:

　　Please enter my appearance as Attorney to be noticed in this case for defendant, Metropolitan Tower Life Insurance Company, erroneously named otherwise in the caption.

　　I certify that I am admitted to practice in this Court.

December 13, 2007　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　METROPOLITAN TOWER LIFE INSURANCE COMPANY

　　　　　　　　　　　　　　　　By: /S/ TOMASITA SHERER
　　　　　　　　　　　　　　　　　　Alvin Pasternak (AP-5085)
　　　　　　　　　　　　　　　　　　Tomasita Sherer, of Counsel (TH-6072)
　　　　　　　　　　　　　　　　　　One MetLife Plaza
　　　　　　　　　　　　　　　　　　27-01 Queens Plaza North
　　　　　　　　　　　　　　　　　　Long Island City, NY 11101
　　　　　　　　　　　　　　　　　　(212) 578-3102 (Tel)
　　　　　　　　　　　　　　　　　　(212) 743-0668 (Fax)