UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ESTATE OF ALEXANDER R. PIPER III and
MARTHA PIPER, individually,

        Plaintiffs,

-v-                                    No. 07 Civ. 9548 (LTS)(MHD)

METROPOLITAN INSURANCE AND
ANNUITY COMPANY and
METROPOLITAN LIFE

        Defendants.

-------------------------------------------------------x

### ORDER[1]

        The Court is in receipt of the parties' stipulation and proposed order dated December 6, 2007. The stipulation does not address the relationship between the previously named defendants and the entity proposed to be substituted in the caption, nor does it address the citizenship for diversity jurisdiction purposes of the entity proposed to be substituted in the caption.

        Therefore, Plaintiffs are ordered to file and serve, with a courtesy copy delivered for Chambers, an Amended Complaint addressing these matters, or alternatively, the parties shall submit a further stipulation and proposed order addressing these matters.

Dated: New York, New York
       December 13, 2007

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*