```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 09 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ESTATE OF ALEXANDER R. PIPER, III; and
MARTHA PIPER, Individually,   07-CV-9548 (LTS)

                  Plaintiffs,

- against -   ORDER

METROPOLITAN INSURANCE AND ANNUITY
COMPANY; and METROPOLITAN LIFE,

                  Defendants.
-------------------------------------------------------------X

    IT IS ORDERED AND ADJUDGED, that:

    Upon submission of a Stipulation of the Parties requesting, *inter alia*, an amendment to the caption in this matter and good cause having being shown for such amendment and it being agreed that Metropolitan Tower Life Insurance company is a Delaware corporation with principal place of business in New York, the caption in this matter be amended as follows:

-------------------------------------------------------------X
ESTATE OF ALEXANDER R. PIPER, III; and
MARTHA PIPER, Individually,   07-CV-9548 (LTS)
                  Plaintiffs,

- against -

METROPOLITAN TOWER LIFE INSURANCE
COMPANY,
                  Defendant.
-------------------------------------------------------------X

Dated: January 8, 2008

SO ORDERED:

_____
Honorable Laura Taylor Swain, U.S.D.J.