

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

ESTATE OF ALEXANDER R. PIPER, III; and
MARTHA PIPER, Individually,

Index No. 07-CV-9548 (LTS)

Plaintiffs,

- against -                                        STIPULATION

METROPOLITAN TOWER LIFE INSURANCE
COMPANY,

Defendant.
---------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by and through their respective attorneys that Defendant's time to move or otherwise respond to the Complaint in this action is extended up to, and including, February 1, 2008.

Dated: New York, NY
       January 18, 2008

_____          _____
Alvin Pasternak, Esq.              Neal Brickman, Esq.
Tomasita Sherer, of Counsel        Ethan Leonard, Esq.
Attorneys for Defendant            Law Offices of Neal Brickman, P.C.
Metropolitan Tower Life Ins. Co.   Attorneys for Plaintiffs
27-01 Queens Plaza North           317 Madison Avenue, 21st Floor
Long Island City, NY 11101         New York, NY 10017
(212) 578-3102 (Tel)               (212) 986-6840 (Tel)