UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ESTATE OF ALEXANDER R. PIPER, III; and
MARTHA PIPER, Individually,

                        Plaintiffs,                Index No. 07-CV-9548 (LTS)

   -against-

METROPOLITAN TOWER LIFE INSURANCE
COMPANY,

                        Defendant.
_____


## RULE 7.1 DISCLOSURE STATEMENT ON BEHALF OF
## METROPOLITAN TOWER LIFE INSURANCE COMPANY

      Defendant METROPOLITAN TOWER LIFE INSURANCE COMPANY ("MetLife"), by and through its attorneys Alvin Pasternak and Tomasita Sherer, hereby states pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that:

1.    MetLife is a subsidiary if MetLife, Inc. and is organized and existing under the laws of

the state of Delaware, with its principal place of business in New York.

2.    MetLife does not issue stock, and, therefore, there is no corporation that owns ten percent

(10%) or more of MetLife's stock.


METROPOLITAN TOWER LIFE INSURANCE COMPANY


                        By:    <u>/S/  TOMASITA L. SHERER</u>
                                 Alvin Pasternak
                                 Tomasita Sherer, of Counsel (TH 6072)
                                 Attorneys for Defendant
                                 One MetLife Plaza
                                 27-01 Queens Plaza North
                                 Long Island City, NY  11101
                                 (212) 578-3102 (Tel)