# EXHIBIT 6

Page 1 of 2 received at 2/1/2008 11:22:21 AM [Eastern Standard Time] on server AS-LINYFAXSVR04.

