**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

                                                   **NOTICE OF REASSIGNMENT**
                                               **OF A REFERRAL TO ANOTHER**
                                               **MAGISTRATE JUDGE**

Estate of Alexander R. Piper

       V.
                                                                1:07 cr. 9548

Metropolitan

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      Pursuant to the memorandum of the Case Processing Assistant, the referral in this action is reassigned to the calendar of

             **Magistrate Judge**    <u>**Gabriel W. Gorenstein**</u>

      All future documents submitted pertaining to this referral are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

      The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

                                                        J. Michael McMahon, CLERK

**Date**: 2/27/2008

                                        By:    <u>**Joseph Pecorino**</u>
                                                         Deputy Clerk

cc:  Attorneys of Record
<u>PS REASSIGNMENT FORM</u>

Data Quality Control                                                                    Revised:  March 9, 2001