# Exhibit A

**David W. Pitou**
**Stockholder Consulting Services, Inc.**
**135 Ocean Parkway #14B**
**Brooklyn NY 11218**
**Cell: 201 446 2770  Fax: 347 715 4758**
**dpitou@stockholderconsulting.com**

David W. Pitou is chairman of Stockholder Consulting Services, Inc., an international consulting firm that specializes in shareholder relations, stockholder records and stock transfer.

Before starting the firm in 1987, from 1964-1987 he was manager and, later, director of IBM's Stockholder Services function where he maintained the company's interface with its 800,000 stockholders and directed IBM's in-house transfer agency. He also was adjunct associate professor of management at New York University, president of the Corporate Transfer Agents Association (now the Shareholder Services Association), vice president and director of the Securities Transfer Association, and a member of Mensa. He holds a BA from Wagner College (1956) and an MBA from New York University (1962). He is a graduate of the Brookings Institution's Executive Program. He served as a first lieutenant, armor, in the U.S. Army and the New York National Guard during the Korean War. His interests include golf and opera.

He is married to Barbara Jeby who was a principal of a New York City elementary school of 1,600 children. She was principal of the year in 2001 and is currently a consultant for the city's Department of Education. They have five children and twelve grandchildren. One daughter, Amy G. Pitou, is president and CEO of Stockholder Consulting Services. She is also a graduate of Wagner College.

He is a member of The Caton Towers Corporation Board of Directors, the Bishop's Committee at the Episcopal Church of the Holy Apostles, and is a mentor for StreetWise Partners.

SCS provides consulting, training, databases, online surveys, and publications for transfer agents, companies, and financial institutions addressing their stockholder relations, stockholder records, securities transfer, regulatory compliance, and signature guarantee concerns. It also helps banks and companies select their transfer agent or set up their own in-house transfer agency. Overseas, it helps newly independent states develop their capital markets. This was done in Romania, Azerbaijan, and the Eastern Caribbean Securities Exchange. The company also operates a Shareholder Survey Program, developed with the Rutgers University Graduate School of Management, that provides companies with shareholder evaluations and demographics.

The firm publishes the following:

The *Directory of Transfer Agents* includes essential data on all U.S. registered transfer agents. It has the name, address, contact person, and telephone number for each registered agent, the number and type of shareholder accounts maintained, the number and type of issues, number of items received for transfer, accounts escheated, and record differences. In addition, for those agents with over 25,000 accounts, the *Directory* has (when available) the largest clients, services provided, and further contact information. The *Directory* is available in hard copy or as a download. It is also part of the CCH Securities Transfer Guide.

The *Transfer Agent Comparison Report* surveys client evaluations of leading transfer agents. The 2007 report includes over 2,000 evaluations from U.S. companies of the fifteen top transfer agents. It covers 42 services offered by transfer agents. Areas covered are; record keeping, shareholder relations, stock transfer, proxies and annual meetings, lost shareholders, dividends, dividend reinvestment and direct purchase, mailing services, employee plans, and client relations. Stockholder Consulting Services and the Rutgers University Graduate School of Management jointly developed the report.

The biennial *Proxy Solicitor Comparison Report* has client evaluations of their proxy solicitors. The 2006 report includes 257 evaluations from U.S. companies of the six leading proxy firms. The report covers 46 services offered by proxy solicitors. Areas covered are proxy solicitation, proxy contest, public offering, investor relations and communications, corporate governance, stockwatch and market surveillance, odd lot shareholder program, foreign ownership surveys, knowledge of proxy advisory firms, and call center operations. The report was also developed with the Rutgers University Graduate School of Management.

The firm has a subscription service, The *Federal Register Monitor*. It tracks SEC, IRS, postal, and bank regulator rule changes that affect transfer agents and executives concerned with corporate governance. It also tracks rule changes by the New York and American stock exchanges, Nasdaq, and the Depository Trust Company. The rules are published in their entirety. The Monitor is published 24 times a year.

The firm maintains proprietary databases of all registered transfer agents.

The firm also provides training to transfer agent, financial institution and corporate personnel on stockholder services, securities transfer, transfer agent compliance, and signature guarantees.

The firm has an online survey capability. The 2007 surveys were close to 100% online.

Typical consulting assignments include the following:

- Helping new transfer agents get started with support on procedures, software, regulatory compliance, and employee training.
- Helping existing transfer agents retain clients. Based on the feedback in the *Transfer Agent Comparison Report*, we identify clients with problems. With analysis and interviews, we bring their problems forward to the transfer agent who can then take steps to resolve issues and retain the client. We currently provide this service to most leading North American stock transfer agents.
- Expert witness testimony. We have provided services that helped lead to successful conclusions for our clients.

Stockholder Consulting Services values a 20-year history of good client and industry relations. Our business has been built on our commitment to client satisfaction.

Our consulting services are available with the following provisions:

- Each engagement is described beforehand and the project specifications include estimated consulting hours and anticipated expenses (usually travel).
- Project fees are based on actual consulting hours at a rate of $250 per hour and expenses billed at cost. Our minimum project fee is $500.
- Telephone consulting is $300 for the first hour or part thereof and $200 for each subsequent hour.
- Billing is monthly with a retainer of $500 due before project commencement.
- We respect the privacy of client engagements and routinely execute non-disclosure agreements.