UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ESTATE OF ALEXANDER R. PIPER, III; and
MARTHA PIPER, Individually,

                       Plaintiffs,                07-CV-9548 (Judge Swain)

  -against-                                        EXPERT DISCLOSURE

METROPOLITAN TOWER LIFE INSURANCE
COMPANY,
                       Defendant.
_____

       Pursuant to Rule 26 of the Federal Rules of Civil Procedure and this Court's Scheduling Order, Defendant, METROPOLITAN TOWER LIFE INSURANCE COMPANY ("MetLife"), by and through its attorneys, hereby provides the following expert disclosure:

                David W. Pitou
                Stockholder Consulting Services, Inc.
                135 Ocean Parkway, #14B
                Brooklyn, NY 11218
                Tel: (201) 446-2770

       PLEASE TAKE FURTHER NOTICE THAT DAVID W. PITOU may be expected to testify at the trial of this action. Testimony will support MetLife's defenses to Plaintiffs' allegations relating to the policyholder trust statements received by Mr. and Mrs. Piper. Mr. Pitou's testimony may also relate generally to the role of a transfer agent, such as Mellon Investor Services. The testimony will be based upon the expert's review of documents, professional experience (a summary of which is provided herewith as Exhibit A), and any evidence adduced at trial. MetLife will submit by separate cover the expert report of Dr. Pitou to Plaintiffs' counsel.

Dated: August 11, 2008  
      Long Island City, New York

METROPOLITAN TOWER  
LIFE INSURANCE COMPANY

By: _____*Tomasita Sherer*_____  
Alvin Pasternak (AP 5085)  
Tomasita Sherer, of Counsel (TH 6072)  
Attorneys for Defendant  
One MetLife Plaza  
27-01 Queens Plaza North  
Long Island City, NY  11101  
(212) 578-3102 (Tel)